IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES EDWARD WILLIAMS, | ) | No. C 12-5687 RMW(PR) |
| Plaintiff, | ) ) | ORDER GRANTING MOTION FOR ADDITIONAL TIME TO |
| v. | ) ) | RESPOND TO COMPLAINT; DENYING MOTION FOR |
| DR. R. MACK, | ) ) | APPOINTMENT OF COUNSEL |
| Defendant. | ) ) | (Docket Nos. 12 & 16) |

Plaintiff, a California state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On March 27, 2013, the Court issued an order of service. (Docket No. 7.) Defendant has filed a motion requesting an extension of time to file a response. (Docket No. 12.) Defendant's motion is **GRANTED**. Defendant shall file an answer or a dispositive motion no later than September 25, 2013.

Plaintiff has filed a motion for appointment of counsel. (Docket No. 16.) Plaintiff's request for counsel is **DENIED** for want of exceptional circumstances. See Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997); see also Lassiter v. Dep't of Social Services, 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil case). This denial is without prejudice to the court's sua sponte appointment of counsel at a future date should the circumstances of this case warrant such appointment.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Mot. for Additional Time to Respond to Complaint; Denying Mot. for Appt. of Counsel
G:\PRO-SE\SJ.Rmw\CR.12\Williams687eot-atty.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES EDWARD WILLIAM et al,

        Plaintiff,

  v.

DR. MACK, ET AL. et al,

        Defendant.

Case Number: CV12-05687 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 13, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Edward Williams V-54214
Kern Valley State Prison
D-1-222
P.O. Box 5104
Delano, CA 93216

Dated: June 13, 2013

                                         Richard W. Wieking, Clerk
                                         By: Jackie Lynn Garcia, Deputy Clerk