IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES EDWARD WILLIAMS,  )  No. C 12-5687 RMW(PR)
)
    Plaintiff,  )  ORDER GRANTING MOTION
)  FOR ADDITIONAL TIME TO
  v.  )  RESPOND TO COMPLAINT;
)  DENYING MOTION FOR
DR. R. MACK,  )  APPOINTMENT OF COUNSEL
)
    Defendant.  )
_____)  (Docket Nos. 12 & 16)

    Plaintiff, a California state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On March 27, 2013, the Court issued an order of service. (Docket No. 7.) Defendant has filed a motion requesting an extension of time to file a response. (Docket No. 12.) Defendant's motion is **GRANTED**. Defendant shall file an answer or a dispositive motion no later than September 25, 2013.

    Plaintiff has filed a motion for appointment of counsel. (Docket No. 16.) Plaintiff's request for counsel is **DENIED** for want of exceptional circumstances. See Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997); see also Lassiter v. Dep't of Social Services, 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil case). This denial is without prejudice to the court's sua sponte appointment of counsel at a future date should the circumstances of this case warrant such appointment.

    IT IS SO ORDERED.

DATED: _____

                                        RONALD M. WHYTE
                                        United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD WILLIAM et al,<br><br>            Plaintiff,<br><br>   v.<br><br>DR. MACK, ET AL. et al,<br><br>            Defendant. | Case Number: CV12-05687 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 13, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Edward Williams V-54214
Kern Valley State Prison
D-1-222
P.O. Box 5104
Delano, CA 93216

Dated: June 13, 2013

                                        Richard W. Wieking, Clerk
                                        By: Jackie Lynn Garcia, Deputy Clerk